# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**ADAM PHILLIPS**

     vs.                               **CASE NUMBER: 1:09-CV-230**
                                                          **(NAM/GJD)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is Reversed and the action is Remanded to the Defendant for further administrative action. This case is hereby Dismissed.

All of the above pursuant to the order of the Honorable Magistrate Judge Gustave J. DiBianco, dated the 2nd day of September, 2009.


DATED: September 2, 2009

                                                   *Lawrence K. Baerman*
                                                   Clerk of Court

                                                   s/_____
                                                   Melissa Ennis
                                                   Deputy Clerk